**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-01030-CV

_____

### IN RE BARRY DWAYNE MINNFEE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-DCV-158888**

---

### MEMORANDUM OPINION

On November 13, 2012, Barry Dwayne Minnfee filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Barry Dwayne Minnfee has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101 of the Texas Civil Practice and Remedies Code. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

Under section 11.103(a), the clerk of this court may not file an original proceeding presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d) (West Supp. 2012). On November 20, 2012, we notified Barry Dwayne Minnfee that we would consider dismissal of his petition unless, within 10 days, he showed that he has obtained an order from the local administrative judge permitting the filing of this original proceeding. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) (West Supp. 2012).

A response was filed on December 3, 2012, but it fails to show Barry Dwayne Minnfee has obtained an order from the local administrative judge permitting the filing of this original proceeding. Accordingly, the petition for writ of mandamus is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.